IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD HOWARD
RAMSEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-1728

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 3, 2014.

An appeal from the Circuit Court for Duval County.
Mark Hulsey, III, Judge.

Richard Howard Ramsey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.